UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MELISSA T. ORTIZ,

        Plaintiff,

vs.                                                              Civil Action No.:
                                                              1:24-CV-07184-MKV-RWL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

<u>**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT**</u>
<u>**OF TIME TO FILE PLAINTIFF'S BRIEF**</u>

    **PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed Plaintiff moves this Court, on submission, for an Order granting Plaintiff an extension of forty five (45) days to file Plaintiff's brief, which is currently due on December 26, 2024. This is Plaintiff's first request for an extension and is necessary because of other press of business and because counsel will be away for an extended of period of time around the holidays.

    Plaintiff has contacted counsel for Defendant who consents to this motion.

Dated: November 27, 2024                                  Respectfully submitted,

                                                                      By:   /s/ Charles E. Binder
                                                                             Law Office of Charles E. Binder
                                                                              and Harry J. Binder, LLP
                                                                              485 Madison Avenue, Suite 501
                                                                              New York, NY 10022
                                                                              (212)-677-6801

Request granted. Plaintiff's motion papers shall be filed by January 20, 2025. Defendant's response shall be filed by March 24, 2025. Plaintiff's reply, if any, shall be filed by April 14, 2025.

                                                                              Fax (646)-273-2196
                                                                              fedcourt@binderlawfirm.com

SO ORDERED:  /s/ *[signature]*

12/2/2024
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE