UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

MELISSA T. ORTIZ,

                          Plaintiff,          24 **CIVIL** 7184 (MKV)(RWL)

-v-                      **JUDGMENT**

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 3, 2025, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will assign the Plaintiff's case to a different Administrative Law Judge to further evaluate the Plaintiff's claims, offer the Plaintiff the opportunity for a hearing, and issue a new decision for the period beginning December 20, 2007 through September 30, 2012.

**Dated:** New York, New York

      March 3, 2025

                                                 **TAMMI M. HELLWIG**

                                                 **Clerk of Court**

                      **BY:**       K. Mango

                                                 **Deputy Clerk**