UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MELISSA T. ORTIZ,                              :            24-CV-7184 (RWL)
                                               :
                        Plaintiff,             :
                                               :        **ORDER: ATTORNEYS' FEES**
            - against -                        :
                                               :
COMMISSIONER OF SOCIAL SECURITY,               :
                                               :
                        Defendant.             :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

IT IS HEREBY ORDERED that Plaintiff's Motion for attorney's fees under § 406(b) is granted. The Court hereby authorizes $23,533.13 in attorney's fees for legal services rendered in the United States District Court, to be paid by the Social Security Administration out of Plaintiff's past-due benefits. Plaintiff's counsel must refund to Plaintiff the EAJA fee previously awarded by this Court in the amount of $1,190.84, or, if applicable, only such portion of the EAJA fee not subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3) (B) (2006)).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:        February 24, 2026
              New York, New York

Copies transmitted this date to all counsel of record.

1