UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MELISSA T. ORTIZ,                                  :         24-CV-7184 (RWL)
                                                   :
                          Plaintiff,               :         **AMENDED**
                                                   :         **ORDER: ATTORNEYS' FEES**
               - against -                         :
                                                   :
COMMISSIONER OF SOCIAL SECURITY,                   :
                                                   :
                          Defendant.               :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order replaces the order previously issued at Dkt. 24.  IT IS HEREBY ORDERED that Plaintiff's Motion for attorney's fees under § 406(b) is granted. The Court hereby authorizes $23,533.13 in attorney's fees for legal services rendered in the United States District Court, to be paid by the Social Security Administration out of Plaintiff's past-due benefits.  Plaintiff's counsel must refund to Plaintiff the EAJA fee previously awarded in the amount of $1,841.84, or, if applicable, only such portion of the EAJA fee not subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3) (B) (2006)).

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:       March 5, 2026
             New York, New York

Copies transmitted this date to all counsel of record.

1